**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**

**AT JACKSON**

**JANUARY SESSION, 1997**

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | ) | **C.C.A. NO. 02C01-9601-CC-00035** |
| | ) | |
| Appellee, | ) | |
| | ) | **MADISON COUNTY** |
| **V.** | ) | |
| | ) | **HON. WHIT LAFON, JUDGE** |
| **JAMES EARL GRAY,** | ) | |
| | ) | **(AIDING AND ABETTING** |
| Appellant. | ) | **SECOND DEGREE BURGLARY)** |

ON APPEAL FROM THE JUDGMENT OF THE
CRIMINAL COURT OF MADISON COUNTY

FILED

April 10, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

FOR THE APPELLANT:

**GEORGE MORTON GOOGE**
District Public Defender

**STEPHEN P. SPRACHER**
Assistant Public Defender
227 West Baltimore
Jackson, TN  38301

FOR THE APPELLEE:

**CHARLES W. BURSON**
Attorney General & Reporter

**SUSAN ROSEN**
Assistant Attorney General
450 James Robertson Parkway
Nashville, TN   37243-0493

**JERRY WOODALL**
District Attorney General

**JAMES W. THOMPSON**
Assistant District Attorney General
Lowell Thomas State Office Building
Jackson, TN  38301

OPINION FILED _____

AFFIRMED, PURSUANT TO RULE 20, C.C.A.

THOMAS T. WOODALL, JUDGE

# **OPINION**

The Appellant appeals as of right pursuant to Rule 3 of the Tennessee Rules of Appellate procedure from the trial court's revocation of his probation. The Appellant argues that the trial court abused its discretion by not considering the positive aspects of Appellant's probation and the likelihood of Appellant's rehabilitation. The probation officer testified to numerous probation violations. After a thorough review of the record, the briefs submitted by the parties, and the law governing the issue presented for review, it is the opinion of this court the judgment of the trial court should be affirmed pursuant to Rule 20, Tennessee Court of Criminal Appeals.

_____
THOMAS T. WOODALL, Judge

CONCUR:

_____
JOE B. JONES, Presiding Judge

_____
PAUL G. SUMMERS, Judge